UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA SHRIMP ASSOCIATION; JOHN BROWN; LARRY J. HELMER JR.; PENNY ZAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR. in his official capacity as President of the United States; GINA RAIMONDO, in her official capacity as United States Secretary of Commerce; and NATIONAL MARINE FISHERIES SERVICE;<br><br>Defendants | No. 24-cv-00156<br><br>JUDGE: Judge Jane Triche Milazzo<br><br>MAGISTRATE JUDGE: Judge Eva J. Dossier |

## **ORDER**

**CONSIDERING** the parties' Joint Motion to Adopt Briefing Schedule and Exceed Page Limits;

**IT IS HEREBY ORDERED** that the parties' Motion is **GRANTED**. The Court adopts the parties' proposed schedule for summary judgment briefing as follows:

| | |
|---|---|
| May 10, 2024 | Defendants file Administrative Record with the Court. |
| May 31, 2024 | Parties' deadline to resolve disputes about the Administrative Record. |
| June 12, 2024 | Defendants' deadline to add any agreed-upon documents to the Administrative Record |
| June 14, 2024[1] | Plaintiffs' deadline to file any motion to complete and/or supplement the Administrative Record. |

---

[1] Filing of a motion to complete and/or supplement shall automatically stay all remaining deadlines. Defendants shall have two weeks to respond to any such motion, and Plaintiffs shall have one week to file a reply. Within 7 days of any such motion being resolved, the parties shall file a proposed schedule for all remaining deadlines.

1

| | |
|---|---|
| July 3, 2024 | Plaintiffs' deadline to file a motion for summary judgment. |
| July 24, 2024 | Defendants' deadline to file a cross-motion for summary judgment and incorporated memorandum in opposition to Plaintiffs' motion for summary judgment. |
| August 14, 2024 | Plaintiffs' deadline to file an opposition to Defendants' cross-motion for summary judgment and incorporated reply in support of its motion for summary judgment. |
| September 4, 2024 | Defendants' deadline to file a reply memorandum in support of its cross-motion for summary judgment. |

**IT IS HEREBY ORDERED** that each party may file a motion supporting or opposing a motion that does not exceed 30 pages and a reply brief that does not exceed 20 pages.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this 20thday of May, 2024.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE