# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA SHRIMP ASSOCIATION; JOHN BROWN, LARRY J. HELMER, JR., PENNY ZAR,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR. in his official capacity as President of the United States; GINA RAIMONDO, in her official capacity as UNITED STATES SECRETARY OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Civil Action No. 2:24-cv-156 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Louisiana Shrimp Association, John Brown, Larry J. Helmer, Jr., and Penny Zar, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons (Doc. 39) and Judgment (Doc. 40) entered in this action on June 27, 2025, granting Defendants' Motion for Summary Judgment, denying Plaintiffs' Motion for Summary Judgment, and dismissing all of Plaintiffs' claims with prejudice. Plaintiffs appeal the district court's dismissal of all of their claims.

DATED: July 21, 2025

                                              By: /s/ *James Baehr*
                                              James Baehr (LSBA 35431)
                                              Sarah Harbison (LSBA 31948)
                                              PELICAN CENTER FOR JUSTICE
                                              PELICAN INSTITUTE FOR PUBLIC POLICY
                                              400 Poydras Street, Suite 900
                                              New Orleans, LA 70130
                                              Telephone : (504) 475-8407
                                              james@pelicaninstitute.org
                                              sarah@pelicaninstitute.org
                                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

DATED: July 21, 2025

                                          <u>*/s James Baehr*</u>

                                          James Baehr (LSBA 35431)
                                          Sarah Harbison (LSBA 31948)
                                          PELICAN CENTER FOR JUSTICE
                                          PELICAN INSTITUTE FOR PUBLIC POLICY
                                          400 Poydras Street, Suite 900
                                          New Orleans, LA 70130
                                          Telephone : (504) 475-8407
                                          james@pelicaninstitute.org
                                          sarah@pelicaninstitute.org
                                          *Attorneys for Plaintiffs*